# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-cr-512 |
| Jane Doe | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jane Doe                                                                                                                      .

Date:      10/17/2021                                               s/ Leticia M. Olivera

*Attorney's signature*

Leticia M. Olivera

*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201

*Address*

leticia_olivera@fd.org

*E-mail address*

(718) 330-1253

*Telephone number*

*FAX number*