VAZ
F. #2020R00073

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                                                                     No. 21-CR-512 (RPK)

JANE DOE,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Victor Zapana from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Victor Zapana
       United States Attorney's Office (Criminal Division)
       271-A Cadman Plaza East
       Brooklyn, New York 11201
       Tel: (718) 254-7180
       E-mail: Victor.Zapana@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Victor Zapana at the e-mail address set forth above.

Dated: Brooklyn, New York
November 12, 2021

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Victor Zapana
Victor Zapana
Assistant U.S. Attorney

cc: Clerk of the Court (RPK)